UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC DODGE, | CASE NO. C20-5224JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| EVERGREEN SCHOOL DISTRICT NO. 114, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is Plaintiff Eric Dodge's motion to compel Defendant Evergreen School District No. 114 ("Evergreen") to produce documents. (Mot. (Dkt. # 28).) Mr. Dodge and Evergreen agree that the court should review these documents *in camera*. (*See* Mot. at 1; Resp. (Dkt. # 30) at 4; Reply (Dkt. # 34) at 1.) Accordingly, the court ORDERS Evergreen to submit the documents at issue to the court for *in camera* review

MINUTE ORDER - 1

1 within seven days of the filing date of this order.  To facilitate efficient review, the court
2 directs Evergreen to submit (1) a hard copy set of the redacted documents and a hard
3 copy set of the unredacted documents to the court's chambers; and (2) an electronic set of
4 the redacted documents and an electronic set of the unredacted documents, organized by
5 ZIP file, to the court's email address at robartdocuments@wawd.uscourts.gov.

    Filed and entered this 12th day of November, 2020.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2