HONORABLE JAMES L. ROBART

MICHAEL E. McFARLAND, JR., #23000
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
Attorneys for Defendants

IN UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERIC DODGE,<br><br>                Plaintiff,<br><br>vs.<br><br>EVERGREEN SCHOOL DISTRICT NO. 114, a public corporation; CAROLINE GARRETT, an individual; and JANAE GOMES, an individual,<br><br>                Defendants. | Cause No. 3:20-cv-05224-RBL<br><br>STIPULATION EXTENDING FRCP 26(a)(2) EXPERT DISCLOSURE DEADLINE TO JANUARY 15, 2021<br><br>Note on Motion Calendar:<br><br>Date:  December 15, 2020<br>Without Oral Argument |

### I.  MOTION

COME NOW, the parties to this action, by and through their respective attorneys of record, and jointly move the Court to extend the deadline to disclose expert witnesses from December 16, 2020 to January 15, 2021.

### II.  BASIS FOR MOTION

The parties have worked cooperatively and diligently on completing discovery. However, discovery has been made more difficult, and has been slowed, as a result of the

STIPULATION EXTENDING FRCP 26(A)(2)
EXPERT DISCLOSURE DEADLINE  - page 1

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

current pandemic. While the parties do not anticipate any difficulty completing all discovery before the discovery cutoff (February 16, 2021), there have been a number of depositions that have only recently been taken, with a few remaining depositions scheduled over the next month. As a result of the foregoing, and the need to provide deposition testimony to experts, the parties need until January 15, 2021 to identify experts. In addition, the parties have agreed to a FRCP 35 psychological examination of Mr. Dodge. Because of the upcoming holiday season, that examination will not take place until January.

### III. STIPULATION

Based upon the foregoing, the parties have stipulated to extend the deadline to disclose their expert witnesses pursuant to Fed. R. Civ. P. 26(a)(2) by January 15, 2021. The parties respectfully request that the Court authorize the same. The parties do not believe that any other deadlines in the scheduling order need to be adjusted or will be impacted by the extension of the expert witness disclosure deadline.

DATED this 15th day of December, 2020.

EVANS, CRAVEN & LACKIE, P.S.

By: *s/ Michael E. McFarland, Jr.*
MICHAEL E. McFARLAND, JR., #23000
Attorneys for Evergreen SD Defendants

FLOYD, PFLUEGER & RINGER, P.S.

By: *s/ Francis S. Floyd*
FRANCIS S. FLOYD, #10642
JOHN A. SAFARLI, #44056
BRITTANY C. WARD, #51355
Attorneys for Defendant Garrett

LINDSAY HART, LLP

By:  *s/ Michael John Estok*
MICHAEL JOHN ESTOK, #36471
Attorneys for Plaintiff

MCKANNA BISHOP JOFFE LLP

By:  *s/ Noah T. Barish*
NOAH T. BARISH, #52077
Attorneys for Plaintiff

## ORDER

It is so ORDERED.  The court reminds the parties that stipulations must include a proposed order.  *See* Local Rules W.D. Wash. LCR 7(b)(1); 1(c)(7).

Dated this 16th day of December, 2020.

JAMES L. ROBART
United States District Judge

STIPULATION EXTENDING FRCP 26(A)(2)
EXPERT DISCLOSURE DEADLINE  - page 3

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632