HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ERIC DODGE, individually,<br><br>        Plaintiff,<br><br>vs.<br><br>EVERGREEN SCHOOL DISTRICT NO. 114, a public corporation; CAROLINE GARRETT, an individual; and JANAE GOMES, an individual,<br><br>        Defendants. | NO. 3:20-cv-05224-JHR<br><br>NOTICE OF APPEAL |

  Notice is hereby given that plaintiff Eric Dodge appeals to the United States Court of Appeals for the Ninth Circuit from the Order on Motions for Summary Judgment and Motion to Exclude, Dkt. 97, entered May 3, 2021, and the Judgment in a Civil Action, Dkt. 98, entered May 3, 2021.

  Pursuant to Circuit Rule 3-2(b), a representation statement is attached.

Notice of Appeal - 1

Talmadge/Fitzpatrick
2775 Harbor Avenue SW
Third Floor, Suite C
Seattle, WA 98126
(206) 574-6661

DATED this 25th day of May, 2021.

By: /s/ Gary W. Manca

Gary W. Manca, WSBA #42798
Talmadge/Fitzpatrick
2775 Harbor Avenue SW
Third Floor, Suite C
Seattle, WA  98126
Tel: (206) 574-6661
Email: gary@tal-fitzlaw.com

Attorney for Plaintiff
Eric Dodge

REPRESENTATION STATEMENT

The parties in this action and their counsel are as follows:

**Attorney on Appeal for Plaintiff Eric Dodge**
Gary W. Manca, WSBA #42798
Talmadge/Fitzpatrick
2775 Harbor Avenue SW
Third Floor, Suite C
Seattle, WA  98126
Tel: (206) 574-6661
Email: gary@tal-fitzlaw.com

**Attorneys for Defendant Evergreen School District #114**
Michael E. McFarland, Jr., WSBA #23000
Evans Craven & Lackie
818 W. Riverside, Suite 250
Lincoln Building
Spokane, WA  99201-0910
Tel: (509) 455-5200
Email: mmcfarland@ecl-law.com

Notice of Appeal - 2

Talmadge/Fitzpatrick
2775 Harbor Avenue SW
Third Floor, Suite C
Seattle, WA  98126
(206) 574-6661

**Attorneys for Defendants Caroline Garrett and Janae Gomes**
Francis S. Floyd, WSBA #10642
John A. Safarli, WSBA #44056
Brittany C. Ward, WSBA #51355
Floyd Pflueger & Ringer PS
200 W. Thomas Street, Suite 500
Seattle, WA  98119-4296
Tel: (206) 441-4455
Email: ffloyd@floyd-ringer.com
Email: jsafarli@floyd-ringer.com
Email: bward@floyd-ringer.com

Notice of Appeal - 3

Talmadge/Fitzpatrick
2775 Harbor Avenue SW
Third Floor, Suite C
Seattle, WA  98126
(206) 574-6661

## DECLARATION OF SERVICE

On said day below I electronically served a true and accurate copy of *Notice of Appeal* in U.S. District Court, Western District of Washington, Cause No: 3:20-cv-05224-JHR, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all associated counsel of record.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

DATED: May 25, 2021, at Seattle, Washington.

/s/ Lynn R. Ohls
Lynn R. Ohls, Legal Assistant
Talmadge/Fitzpatrick

Notice of Appeal - 4

Talmadge/Fitzpatrick
2775 Harbor Avenue SW
Third Floor, Suite C
Seattle, WA  98126
(206) 574-6661