UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC DODGE,<br><br>    Plaintiff,<br><br> v.<br><br>JANAE GOMES, et al.,<br><br>    Defendants. | CASE NO. C20-5224JLR<br><br>ORDER |

Before the court is the opinion and mandate of the Ninth Circuit Court of Appeals affirming in part, reversing in part, and vacating in part the court's order granting summary judgment in favor of Defendants Evergreen School District #144 ("EPS"), Jenae Gomes, and Caroline Garrett (collectively, "Defendants") on Plaintiff Eric Dodge's First Amendment retaliation claim.  (9th Cir. Op. (Dkt. # 118); 9th Cir. Mandate (Dkt. # 120); *see also* 5/3/21 Order (Dkt. # 97).)  The Ninth Circuit affirmed the court's grant of summary judgment in favor of EPS and Ms. Gomes but reversed and vacated the court's grant of summary judgment in favor of Ms. Garrett.  (*See* 9th Cir. Op. at 36.)

ORDER - 1

1  The court ORDERS the parties to file, within 14 days of the date of this order, a joint status report proposing how the court should proceed on remand in light of the Ninth Circuit's order, along with a proposed case schedule. The parties should attempt to agree in good faith on a unified approach and schedule. If they cannot so agree, they may outline their disparate suggestions in the joint status report.

Dated this 23rd day of January, 2023.

*[signature]*

JAMES L. ROBART
United States District Judge